UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HEATHER MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADRUGA, et al.,<br><br>　　　　　Defendant. | No. 1:23-cv-00616-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL<br><br>(ECF Nos. 2, 8) |

Plaintiff Rosemary Heather Miller ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion to proceed *in forma pauperis*, filed on April 21, 2023, be denied and that Plaintiff be required to pay the $402.00 filing fee in full for this action. (ECF No. 8.) Plaintiff was granted until May 26, 2023, to file objections to the findings and recommendations. (*Id.*) May 26, 2023 has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 8, 2023, (ECF No. 8), are adopted in full;
2. Plaintiff's motion to proceed in forma pauperis, filed on April 21, 2023, (ECF No. 2), is DENIED;
3. Plaintiff is required to pay the $402.00 filing fee in full for this action no later than fourteen days after being served with this order; and
4. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 17, 2023

UNITED STATES DISTRICT JUDGE