UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HEATHER MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>MADRUGA, et al.,<br><br>Defendants. | **1:23-cv-00616-GSA-PC**<br><br>**ORDER CONFIRMING PLAINTIFF'S PAYMENT OF FILING FEE FOR THIS CASE** |

Rosemary Heather Miller ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

On July 17, 2023, the Court issued an order requiring Plaintiff to pay the $402.00 filing fee in full within fourteen days. (ECF No. 9.) On August 4, 2023, Plaintiff notified the Court and provided evidence that she paid the filing fee in June 2023. (ECF No. 10.) A review of the Court's record shows, and the Court acknowledges, that Plaintiff has paid the filing fee in full for this case. (Court Record.)

IT IS SO ORDERED.

Dated:   **August 9, 2023**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE