UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HEATHER MILLER, | No.  1:23-cv-00616-KES-FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| MADRUGA, *et al.*, | |
| Defendants. | Doc. 18 |

Plaintiff Rosemary Heather Miller is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2026, the then-assigned magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days.  Doc. 16.  Plaintiff was warned that failure to comply with the Court's order would result in a recommendation for dismissal of this action, with prejudice.  *Id.*  Plaintiff did not file an amended complaint or otherwise communicate with the Court.

On April 16, 2026, the newly-assigned magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim, for failure to obey a court order, and for Plaintiff's failure to prosecute this action. Doc. 18.  Those findings and recommendations were served on Plaintiff and contained notice that

1

any objections were to be filed within fourteen days. *Id.* Plaintiff did not file objections, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations issued on April 16, 2026 (Doc. 18) are ADOPTED in full.

2. This action is DISMISSED, with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 18, 2026  

_____
UNITED STATES DISTRICT JUDGE

2